**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>RICHARD PHILLIP KRUIS<br><br>Debtor(s) | Case No. 12-45488 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/16/2012, and was converted to chapter 13 on 11/16/2012.

2) The plan was confirmed on 02/21/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/15/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 11/12/2015.

6) Number of months from filing to last payment: 32.

7) Number of months case was pending: 39.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $7,772.00 |
| Less amount refunded to debtor | $47.25 |
| **NET RECEIPTS:** | **$7,724.75** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $342.76 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,842.76** |

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| ARS ACCOUNT RESOLUTION | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 371.27 | 371.27 | 101.93 | 0.00 |
| ASSOCIATED RADIOLOGISTS | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 2,047.00 | NA | NA | 0.00 | 0.00 |
| CB USA INC | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| CHRIST HOSPITAL | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| CIT BANK | Unsecured | 3,450.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,000.00 | 835.60 | 835.60 | 229.44 | 0.00 |
| COLLECTION PROF/LASAL | Unsecured | 560.00 | NA | NA | 0.00 | 0.00 |
| COMO LAW FIRM | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| ENCORE RECEIVABLE MANAGEMEN | Unsecured | 1,866.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| FOREST TOWER DDS | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| HARLEY DAVIDSON CREDIT CORP | Unsecured | 2,006.00 | 2,005.70 | 2,005.70 | 572.71 | 0.00 |
| IC SYSTEMS | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Unsecured | 432.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 290.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 186.00 | 186.00 | 51.07 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,158.00 | 987.78 | 987.78 | 987.78 | 0.00 |
| MARTINS ADEOYE LLC | Unsecured | 323.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,403.00 | NA | NA | 0.00 | 0.00 |
| MINUTE CLINIC ILLINOIS | Unsecured | 9.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 252.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 350.00 | 350.00 | 350.00 | 86.70 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | NA | 250.00 | 250.00 | 68.65 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | NA | 667.37 | 667.37 | 183.25 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| ORLAND PARK ORTHOPEDICS | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| RIVERSIDE MEDICAL CENTER | Unsecured | 12,189.00 | NA | NA | 0.00 | 0.00 |
| SAMANTHA OSDIECK | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 4,128.00 | 5,042.30 | 5,042.30 | 1,439.79 | 0.00 |
| ST JOSEPH MEDICAL CENTER | Unsecured | 1,903.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 1,114.00 | NA | NA | 0.00 | 0.00 |
| STEPHEN MORIMOTO DDS | Unsecured | 548.00 | 585.15 | 585.15 | 160.67 | 0.00 |
| VERIZON WIRELESS | Unsecured | 1,403.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BEDFORD PARK | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF OAK LAWN | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VISION FIN SVC | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| VISION FIN SVC | Unsecured | 278.00 | NA | NA | 0.00 | 0.00 |
| VISION FIN SVC | Unsecured | 1,549.00 | NA | NA | 0.00 | 0.00 |
| VISION FIN SVC | Unsecured | 2,002.00 | NA | NA | 0.00 | 0.00 |
| VISION FIN SVC | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| WOW CHICAGO | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $987.78 | $987.78 | $0.00 |
| **TOTAL PRIORITY:** | **$987.78** | **$987.78** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$10,293.39** | **$2,894.21** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,842.76 |
| Disbursements to Creditors | $3,881.99 |
| **TOTAL DISBURSEMENTS :** | **$7,724.75** |

**UST Form 101-13-FR-S (09/01/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/01/2016                    By:/s/ Tom Vaughn
                                                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**